United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., A California Corporation,<br><br>        Defendant, | No. C 06-01906 WHA<br><br>and<br><br>No. C-06-05396 WHA<br><br><br>**ORDER CONSOLIDATING CASES** |

ROBERT NEWBERRY, Individually; ROBERT NEWBERRY, Individually and doing business as GOLDEN GATE CRANE & RIGGING, INC.;SUE NEWBERRY, Individually; SUE NEWBERRY, Individually and doing business as GOLDEN GATE CRANE & RIGGING INC.; GOLDEN GATE CRANE & RIGGING, INC., A California Corporation; and DOES ONE through TEN inclusive

        Defendants.

These two cases, which are currently related, are hereby consolidated as they involve common questions of law and fact. FRCP 42(a).

Accordingly, the Court orders as follows:

1. The following actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to FRCP 42(a):

    C 06-01906 WHA    *Walters v. Golden Gate Crane*

    C 06-05396 WHA    *Walters v. Robert Newberry, Sue Newberry, and Golden Gate Crane*

2. The master file for the two actions will be *Walters v. Golden Gate Crane, et al.* Please file only in case number C 06-01906 WHA.

**IT IS SO ORDERED.**

Dated: December 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2