United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., A California Corporation,<br><br>Defendant. | No. C 06-01906 WHA<br><br>**ORDER TO SHOW CAUSE WHY RIGHT TO ATTACH ORDER SHOULD NOT BE VACATED** |

By **JANUARY 8, 2007**, at **NOON**, the Court orders plaintiffs to show cause why the right to attach order issued in C 06-01906 WHA should not be vacated in light of the order in C 06-05396 WHA denying plaintiffs' motion requesting a right to attach defendants' property. Plaintiffs must explain why the right to attach order in C 06-01906 WHA should be treated any differently — including what great or irreparable injury plaintiffs would suffer.

**IT IS SO ORDERED.**

Dated: December 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE