BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., A California Corporation<br><br>Defendant. | No. C 06-1906-WHA<br><br>Consolidated With<br><br>No. C 06-05396 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER**<br><br>Date: January 11, 2007<br>Time: 8:00 a.m.<br>Department: Courtroom 9, 19th Floor<br><br>Honorable William Alsup |

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER
Case Nos. C 06-1906-WHA & C 06-05396 WHA

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, Operating Engineers Trust Funds (hereinafter referred to collectively as "Trust Funds" or "Plaintiffs"), obtained on August 17, 2006 a Right to Attach Order and Writ of Attachment in the amount of $130,377.41 for moneys due to Golden Gate Crane & Rigging, Inc., a California Corporation (hereinafter referred to as "Golden Gate" or "Defendant") by Hatton's Crane due to a sale of business by Golden Gate to Hatton's.

2. To date, Plaintiffs have received two payments from Hatton's Crane & Rigging ("Hatton's") totaling $19,200.00. The amount due and owing to Plaintiffs on the Right to Attach Order and Writ of Attachment is $111,137.41.

3. Hatton's is expected to continue to make monthly payments in the amount of $9,600.00 under the terms of a prior agreement with Golden Gate Crane until it satisfies the full amount of money owed to Golden Gate Crane.

4. Plaintiffs agree to relinquish their Right to Attach Order and Writ of Attachment in Case No. C 06-1906-WHA in exchange for Defendant's promise to preserve corporate assets not less than $150,000.00.

5. The parties mutually agree to an Order by this Court vacating Plaintiffs' Right to Attach Order and Writ of Attachment.

Dated: 1-8-07

By: _____
Robert Newberry, as President
GOLDEN GATE CRANE & RIGGING, INC., a
California Corporation

Dated: _____

By: _____
Wayne McBride
Collection Manager for Operating Engineers Local
3 Trust Funds

///
///

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER
Case Nos. C 06-1906-WHA & C 06-05396 WHA

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, Operating Engineers Trust Funds (hereinafter referred to collectively as "Trust Funds" or "Plaintiffs"), obtained on August 17, 2006 a Right to Attach Order and Writ of Attachment in the amount of $130,377.41 for moneys due to Golden Gate Crane & Rigging, Inc., a California Corporation (hereinafter referred to as "Golden Gate" or "Defendant") by Hatton's Crane due to a sale of business by Golden Gate to Hatton's.

2. To date, Plaintiffs have received two payments from Hatton's Crane & Rigging ("Hatton's") totaling $19,200.00. The amount due and owing to Plaintiffs on the Right to Attach Order and Writ of Attachment is $111,137.41.

3. Hatton's is expected to continue to make monthly payments in the amount of $9,600.00 under the terms of a prior agreement with Golden Gate Crane until it satisfies the full amount of money owed to Golden Gate Crane.

4. Plaintiffs agree to relinquish their Right to Attach Order and Writ of Attachment in Case No. C 06-1906-WHA in exchange for Defendant's promise to preserve corporate assets not less than $150,000.00.

5. The parties mutually agree to an Order by this Court vacating Plaintiffs' Right to Attach Order and Writ of Attachment.

Dated: _____

By: _____
Robert Newberry, as _____
GOLDEN GATE CRANE & RIGGING, INC., a
California Corporation

Dated: 1-8-06

By: *[signature]*
Wayne McBride
Collection Manager for Operating Engineers Local 3 Trust Funds

///
///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway

- 2 -
STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER

| | |
|---|---|
| Dated: January 8, 2007. | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br><br>By: _____<br>CONCEPCION E. LOZANO-BATISTA<br>Attorney for Plaintiffs |
| Dated: January 8, 2007. | JORDAN, AQUI & TYNAN<br><br>By: _____<br>MARK JORDAN<br>Attorney for Defendant |

### ORDER

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____

_____
HONORABLE WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

111989/444421

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER
Case Nos. C 06-1906-WHA & C 06-05396 WHA

Dated: January 8, 2007.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:_____
CONCEPCION E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: January 8, 2007.

JORDAN, AQUI & TYNAN

By:_____
MARK JORDAN
Attorney for Defendant

**ORDER**

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: January 11, 2007

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
HONORABLE WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

111989/444421

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RIGHT TO ATTACH ORDER
Case Nos. C 06-1906-WHA & C 06-05396 WHA