1    MARK D. JORDAN, ESQ. (SBN 66353)
     JORDAN & AQUI
2    1612 Fourth Street
     Santa Rosa, CA 95404-4020
3    Telephone: (707) 526-3700
     Facsimile:  (707) 526-1716
4
     Attorneys for Defendants
5

6

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

10
     KEN WALTERS and JOHN BONILLA, )        CASE NO.:    C 06-1906 WHA
11   in their respective capacities as Trustees )
     of the OPERATING ENGINEERS     )        Consolidated With
12   HEALTH AND WELFARE TRUST       )
     FUND FOR NORTHERN              )        No. C 06-05396 WHA
13   CALIFORNIA; TRUSTEES OF THE    )
     PENSION TRUST FUND FOR         )        STIPULATION AND [PROPOSED] ORDER
14   OPERATING ENGINEERS;           )        THAT PLAINTIFFS' MOTION FOR
     TRUSTEES OF THE PENSIONED      )        DEFAULT JUDGMENT BE TAKEN OFF
15   OPERATING ENGINEERS HEALTH     )        CALENDAR
     AND WELFARE FUND; TRUSTEES     )
16   OF THE OPERATING ENGINEERS     )        Date:        January 18, 2007
     AND PARTICIPATING EMPLOYERS )           Time:        11:00 a.m.
17   PRE-APPRENTICESHIP,            )        Department:  Courtroom 9, 19th Floor
     APPRENTICE AND JOURNEYMEN      )
18   AFFIRMATIVE ACTION TRAINING    )        Honorable William Alsup
     FUND; TRUSTEES OF THE          )
19   OPERATING ENGINEERS            )
     VACATION AND HOLIDAY PLAN,     )
20                                  )
                Plaintiffs,         )
21                                  )
         vs.                        )
22                                  )
     GOLDEN GATE CRANE & RIGGING, )
23   INC., A California Corporation   )
                                    )
24              Defendant.          )
                              _____/
25

26

27   _____
     STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT        1
28   Case Nos. C 06-1906-WHA & C 06-05396 WHA

The parties hereby stipulate and agree as follows:

1.    Plaintiffs, Operating Engineers Trust Funds (hereinafter referred to collectively as "Trust Funds" or "Plaintiffs"), filed a Notice of Motion for Default Judgment as to Defendant Golden Gate Crane & Rigging, Inc., on December 1, 2006.  Motion Hearing set for January 11, 2007, at 8:00 a.m. in Courtroom 9, 19th Floor.

2.    Attorneys for and on behalf of Plaintiffs, named above, and Defendant, named above, hereby Stipulate the Motion for Default Judgment be taken off calendar, and the answers in both cases stand as filed.

3.    Attorneys for Plaintiffs and attorneys for Defendant Stipulate the Entry of Default Judgment be vacated.

4.    The parties mutually request the Court to sign the below Order.

Dated:  January 15, 2007          **JORDAN & AQUI**


By:    /s/ Mark D. Jordan
       MARK D. JORDAN, attorneys for Defendant


Dated:                            **WEINBERG, ROGER & ROSENFELD**


By:    /s/ Concepción E. Lozano-Batista
       CONCEPCIÓN E. LOZANO-BATISTA,
       Attorneys for Plaintiffs


**ORDER**

The Court approves the terms of the above Stipulation and the Motion for Default is taken off calendar.


Dated:    January 19, 2007

HONORABLE WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT          2
Case Nos. C 06-1906-WHA & C 06-05396 WHA