United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., et al.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 06-01906 WHA<br><br>Consolidated With<br><br>No. C 06-05396 WHA<br><br><br>**ORDER DENYING STIPULATED REQUEST FOR REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The parties' stipulated request for referral to a magistrate judge for a settlement conference is **DENIED**. The case management order referring this matter to the ADR Unit for mediation still stands.

**IT IS SO ORDERED.**

Dated: February 15, 2007.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE