United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br>    Plaintiffs, <br><br>  v. <br><br> GOLDEN GATE CRANE & RIGGING, INC., et al. <br><br>    Defendants. | No. C 06-01906 WHA <br><br> Consolidated With <br><br> No. C 06-05396 WHA <br><br><br> **REQUEST FOR RESPONSE** |

    Any statement by defendants in response to plaintiff's statement filed on July 10, must be filed by **JULY 13, 2007.**

    **IT IS SO ORDERED.**

Dated: July 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE