IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., et al.<br><br>            Defendants. | No. C 06-01906 WHA<br><br>**REQUEST FOR RESPONSE REGARDING REQUEST FOR ADDITIONAL FEES** |

By **NOON** on **SEPTEMBER 5, 2007**, defendants will please file a response to plaintiffs' request for additional fees.

**IT IS SO ORDERED.**

Dated: August 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE