**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS, TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN GATE CRANE & RIGGING, INC., A California Corporation, <br><br> Defendant. | No. C 06-01906 WHA <br><br> **ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND TIME TO COMPLETE DISCOVERY** |

On January 22, 2007, after a case management conference, the Court issued a case management order setting a schedule for this action. The discovery cutoff was set for August 31, 2007. On September 4, 2007, plaintiffs filed an ex parte application to extend the discovery cutoff and set a hearing for September 6. The Court has read the application and finds that good cause to extend the discovery period has not been shown. The application

makes clear that plaintiffs failed to complete discovery within the allotted time. Even if it is true that defendants lulled plaintiffs' counsel into forgoing discovery pending settlement discussion, plaintiffs' counsel were well aware of the deadline and the need to move to compel within the seven-day period under the local rules, specifically rule 26-2. Plaintiffs' counsel have no one to blame but themselves for having sat on their rights. The application is **DENIED** and the hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE