IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS, TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN GATE CRANE & RIGGING, INC., A California Corporation, <br><br> Defendant. | No. C 06-01906 WHA <br><br> **ORDER RE REQUEST FOR ADDITIONAL FEES** |

The Court has received defendant's response to plaintiffs' request for additional fees and is still confused whether the $2,362.50 in attorneys' fees has actually been paid, as required by the July 2007 order. In addition, the Court wishes defendant to explain what is unreasonable with respect to the additional $956.25 in attorneys' fees for work performed by plaintiffs' counsel in requesting defendants to comply with the Court's July 2007 order. Please respond by sworn declaration by **5:00 p.m.** on **Thursday, September 6, 2007**.

**IT IS SO ORDERED.**

Dated: September 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE