Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
Julie A. Ostil, Esq. (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> v. <br><br> GOLDEN GATE CRANE & RIGGING, INC., <br><br> Defendant. | Case No.: C06-1906 WHA [DMR] <br><br> Consolidated With <br><br> Case No.: C06-5396 WHA [DMR] <br><br> [PROPOSED] ORDER SETTING DEBTOR'S EXAMINATION OF JUDGMENT DEBTOR ROBERT NEWBERRY |
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> v. <br><br> GOLDEN GATE CRANE & RIGGING, INC., ROBERT NEWBERRY, SUE NEWBERRY, et al., <br><br> Defendants. | |

///

-2-

1  Pursuant to Ex Parte Application of the Judgment Creditors for issuance of this Court's
2  Order Scheduling Judgment Debtor Examination, and Good Cause Appearing therefore,
3  IT IS HEREBY ORDERED, ADJUDGED and DECREED that:
4  1. Judgment Debtor Robert Newberry shall personally appear on August 25, 2011 at
5  9:30 a.m. at Oakland Courthouse, Courtroom 4 - 3rd Floor, 1301 Clay Street, Oakland, CA 94612,
6  California before the Magistrate Judge Donna M. Ryu then and there to be examined on oath
7  concerning Judgment Debtor's property or other matters material to the proceeding.
8  2. Judgment Creditors shall serve Robert Newberry, or his counsel with a copy of this
9  Order and shall provide proof of such service to the Court not less than five (5) days before the
10 Judgment Debtor Examination.
11 3. Should Judgment Debtor fail or refuse to appear at the Judgment Debtor
12 Examination herein scheduled, or to produce the documents pursuant to F.R.C.P. 34, this Court
13 may adjudicate Judgment Debtor guilty of civil contempt of its orders and may issue a warrant or
14 seizure order to compel compliance with this Order.
15 DATED this 27th day of June, 2011

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU