United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al., | No. C-06-01906 WHA (DMR) |
| Plaintiffs, | **ORDER RE OCTOBER 24, 2011 LETTER RE DISCOVERY DISPUTE [DOCKET NO. 138]** |
| v. | |
| GOLDEN GATE CRANE & RIGGING, INC., | |
| Defendant. | |

By letter dated October 24, 2011, Plaintiffs have brought to the court's attention a dispute regarding discovery propounded on Defendants Golden Gate Crane & Rigging and Robert Newberry [Docket No. 138]. The matter is set for a debtor's examination on December 7, 2011 at 9:30 a.m. The parties are hereby ordered to meet and confer in good faith regarding the disputed discovery. Failure to meet and confer in good faith and/or failure to produce legally required responsive documents may result in sanctions.

Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order and the October 24, 2011 letter on Defendants and shall e-file a proof of service on the same day that service is effected.

IT IS SO ORDERED.

Dated: November 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge