Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
Julie A. Ostil, Esq. (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>       Plaintiffs,<br>v.<br><br>GOLDEN GATE CRANE & RIGGING, INC.,<br><br>       Defendant. | Case No.: C06-1906 WHA [DMR]<br><br>Consolidated With<br><br>Case No.: C06-5396 WHA [DMR]<br><br>[~~PROPOSED~~] AMENDED ORDER SETTING DEBTOR'S EXAMINATION ROBERT NEWBERRY, IN HIS CAPACITY AS AN OFFICER OF JUDGMENT DEBTOR GOLDEN GATE CRANE & RIGGING, INC.  **AS MODIFIED** |
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>       Plaintiffs,<br>v.<br><br>GOLDEN GATE CRANE & RIGGING, INC., ROBERT NEWBERRY, SUE NEWBERRY, et al.,<br><br>       Defendants. | |

///

-1-
[~~PROPOSED~~] ORDER SETTING GOLDEN GATE CRANE & RIGGING, INC.DEBTOR'S EXAMINATION
CASE NO.: C06-1906 WHA [DMR] & C06-5396 WHA [DMR]

G:\DMRALL\CASES\CIVIL\2006 CLOSED\Consolidated cases 06.1906.WHA and 06.5396.WHA.Walters et al\FILED.06-1906.Amended Order Setting Golden Gate Crane & Rigging Judgment Debtor's Exam 011712.DOC

Pursuant to Order Re Plaintiffs' Request for Reconsideration of January 3, 2012 Order (Docket No. 151), and Good Cause Appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Robert Newberry, as an officer of Judgment Debtor Golden Gate Crane & Rigging, Inc. shall personally appear on **April 25, 2012 at 9:30 a.m.** at Oakland Courthouse, Courtroom 4 - 3rd Floor, 1301 Clay Street, Oakland, CA 94612, California before the Magistrate Judge Donna M. Ryu then and there to be examined on oath concerning Judgment Debtor's property or other matters material to the proceeding.

2. Judgment Creditors shall personally serve Robert Newberry, officer of Judgment Debtor Golden Gate Crane & Rigging, Inc., with a copy of this Order and shall provide proof of such service to the Court not less than five (5) days before the Judgment Debtor Examination.

3. Should Judgment Debtor fail or refuse to appear at the Judgment Debtor Examination herein scheduled, or to produce the documents pursuant to F.R.C.P. 34, this Court may <u>certify the facts of the Judgment Debtor's contempt to the District Court pursuant to 28 U.S.C. § 636(e), and the District Court may</u> adjudicate Judgment Debtor guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this Order.

DATED this 17th day of January, 2012

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU

-2-
**[PROPOSED] ORDER SETTING GOLDEN GATE CRANE & RIGGING, INC.DEBTOR'S EXAMINATION CASE NO.: C06-1906 WHA [DMR] & C06-5396 WHA [DMR]**

G:\DMRALL\CASES\CIVIL\2006 CLOSED\Consolidated cases 06.1906.WHA and 06.5396.WHA.Walters et al\FILED.06-1906.Amended Order Setting Golden Gate Crane & Rigging Judgment Debtor's Exam 011712.DOC